ELLA GREEN, Respondent, *v.* MURRAY M. ROSENBERG, INC., Appellant.

Argued October 4, 1945; decided October 26, 1945.

*Harold M. Harkavy* and *Frederick M. Garfield* for appellant. *Paul O'Dwyer* and *Milton S. Harrison* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.